# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

v.

AARON HINES; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05903

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served AARON HINES the above process on the 4 day of January, 2017, at 3:13 o'clock, PM, at 2119 66TH AVE PHILADELPHIA, PA 19138 , County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: <u>REFUSED NAME</u>

Relationship/Title/Position: <u>MOTHER</u>

Remarks: _____

Description: Approximate Age <u>56-60</u> Height <u>5'6</u> Weight <u>150</u> Race <u>BLACK</u> Sex <u>FEMALE</u> Hair <u>BLACK</u>

Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** _____ )
) SS:
County of _____ **Berks** _____ )

Before me, the undersigned notary public, this day, personally, appeared _____ *D'Wayne Henriksson* _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-163540

Case ID #:4775067

Subscribed and sworn to before me
this **6** day of **JAN**, 20 **17**.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017